IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MACK PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV206-162 |
| ) | |
| SNF HOLDING COMPANY, d/b/a ) | |
| SNF FLOQUIP, d/b/a CHEMTAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed a Motion to Compel. Defendant asserts that Plaintiff has failed to respond to its First Requests for Production of Documents and Defendant's First Set of Interrogatories. Defendant also asserts that Plaintiff has failed to serve his Initial Disclosures. Plaintiff has filed no response to Defendant's Motion to Compel indicating no opposition thereto. <u>See</u> Local Rule 7.5. Accordingly, Defendant's unopposed Motion to Compel is **GRANTED**. Within ten (10) days of the date of this Order, Plaintiff shall serve responses to Defendant's First Requests for Production of Documents and Defendant's First Set of Interrogatories, as well as his Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1).

**SO ORDERED**, this 29th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)